IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMAZING STEWART,

      Plaintiff,                  No. CIV S-10-1289 EFB P

      vs.

L. BROWN, et al.,

      Defendants.             <u>ORDER</u>

                                  /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

      Plaintiff alleges a violation of his civil rights in Coalinga, California. Coalinga is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

////

1

1    3.  All future filings shall bear the new case number and shall be filed at:

2        United States District Court
         Eastern District of California
3        2500 Tulare Street
         Fresno, CA 93721

4

5    DATED: June 16, 2010.

                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE